MARK CONRAD (CA Bar No. 255667)
*mconrad@conmetkane.com*
**CONRAD | METLITZKY | KANE LLP**
Four Embarcadero Center, Suite 1400
San Francisco, CA 94111
Tel:   (415) 343-7100
Fax:   (415) 343-7101

RICHARD Z. LEHV (*pro hac vice* application forthcoming)
*rlehv@fzlz.com*
LEO KITTAY (*pro hac vice* application forthcoming)
*lkittay@fzlz.com*
**FROSS ZELNICK LEHRMAN & ZISSU, P.C.**
151 West 42nd Street, 17th Floor
New York, New York 10036
Tel: (212) 813-5900

Attorneys for Defendant GOLDCAST, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ON24, INC., a Delaware Corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>GOLDCAST INC., a Delaware Corporation; and KISHORE KOTHANDARAMAN, an individual,<br><br>    Defendants. | CASE NO. 4:22-CV-07876-HSG<br><br>**ORDER GRANTING ADMINISTRATIVE MOTION TO EXTEND DEADLINE FOR DEFENDANT GOLDCAST, INC. TO RESPOND TO THE COMPLAINT, N.D. CAL. CIV. L.R. 6-3 & 7-11** |

**ORDER GRANTING ADMINISTRATIVE MOTION TO EXTEND DEADLINE FOR DEFENDANT GOLDCAST, INC. TO RESPOND TO THE COMPLAINT**

The administrative motion of Defendant Goldcast, Inc. ("Goldcast") to extend the time for it to respond to the Complaint filed in the above-referenced action is hereby GRANTED. The deadline for Goldcast to respond to the Complaint shall be, and hereby is, extended to and including February 3, 2023. IT IS SO ORDERED.

DATED:  12/28/2022

*Haywood S. Gill Jr.*
UNITED STATES DISTRICT JUDGE