| | |
|---|---|
| 1 | GINA L. DURHAM, Bar No. 295910 |
| 2 | *gina.durham@us.dlapiper.com*<br>AISLINN SMALLING, Bar No. 335911 |
| 3 | *aislinn.smalling@us.dlapiper.com* |
| | **DLA PIPER LLP (US)** |
| 4 | 555 Mission Street, Suite 2400 |
| | San Francisco, CA 94105-2933 |
| 5 | Tel:    415.836.2500 |
| 6 | Fax:   415.836.2501 |
| 7 | OSCAR M. OROZCO-BOTELLO, Bar No. 313104 |
| | *oscar.orozco-botello@us.dlapiper.com* |
| 8 | **DLA PIPER LLP (US)** |
| | 2000 Avenue of the Stars, Suite 400 North Tower |
| 9 | Los Angeles, CA 90067-4704 |
| | Tel:    310.595.3077 |
| 10 | Fax:   310.595.3377 |
| 11 | |
| | *Attorneys for Plaintiff* |
| 12 | *ON24, INC.* |
| 13 | [*Attorneys for Defendants in signature block*] |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| ON24, INC., a Delaware corporation, | Case No.  4:22-cv-07876-HSG |
| Plaintiff, | **STIPULATION EXTENDING MEDIATION COMPLETION DATE AND ORDER** |
| v. | |
| GOLDCAST INC., a Delaware Corporation; and KISHORE KOTHANDARAMAN, an individual, | Current Deadline: June 13, 2023<br>Proposed Deadline: June 29, 2023 |
| Defendants. | Hon. Haywood S. Gilliam, Jr. |

Plaintiff ON24, Inc. ("ON24") and Defendant Goldcast Inc. ("Goldcast") and Kishore Kothandaraman ("Kothandaraman") (together "Defendants"), by and through their respective counsel, hereby stipulate and agree to extend the deadline to complete mediation from June 13, 2023 until and including June 29, 2023, and present the following in support of this request:

1. On December 9, 2022, ON24 filed its Complaint in this action. Dkt. 1.

2. On February 3, 2023, Defendants filed a timely Answer. Dkt. 24.

3. On March 15, 2023, this Court entered an Order granting the parties stipulation selecting private mediation, setting a presumptive deadline of June 13, 2023 to hold private mediation. Dkt. 38.

4. The Parties have engaged in discovery pending this mediation so as to not interfere with the Court's trial schedule.

5. The Parties have discussed settlement and worked cooperatively to schedule mediation with Honorable Edward A. Infante (Ret.) on June 29, 2023.

Therefore, the Parties **STIPULATE AND AGREE,** subject to approval of this Court, to extend the deadline to complete mediation from June 13, 2023 until and including June 29, 2023.

Dated: June 5, 2023          **DLA PIPER LLP (US)**

By: */s/ Oscar M. Orozco-Botello*
GINA L. DURHAM
OSCAR M. OROZCO-BOTELLO
AISLINN SMALLING

*Attorneys for Plaintiff, ON24, INC.*

Dated: June 5, 2023          By: */s/ Richard Lehv*
MARK R. CONRAD
CONRAD | METLITZKY | KANE LLP
Four Embarcadero Center, Suite 1400
San Francisco, California 94111
Phone: (415) 343-7100
Fax: (415) 343-7101

LEO KITTAY (*pro hac vice*)
RICHARD LEHV (*pro hac vice*)
FROSS ZELNICK LEHRMAN & ZISSU, P.C.
151 West 42nd Street, 17th Floor
New York, New York 10036
Phone: (212) 813-5900
Fax: (212) 813-5901

*Attorneys for Defendants*

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(h)(3) regarding signatures, Oscar M. Orozco-Botello hereby attests that concurrence in the filing of this document has been obtained.

Dated: June 5, 2023        By: */s/ Oscar M. Orozco-Botello*
                                OSCAR M. OROZCO-BOTELLO

**ORDER**

Pursuant to stipulation by the parties, the deadline for completion of mediation is continued from June 13, 2023 to June 29, 2023.

Dated: 6/6/2023

HAYWOOD S. GILLIAM, JR.
United States District Judge