1  MARK R. CONRAD (CA Bar No. 255667)
   **CONRAD METLITZKY KANE LLP**
2  Four Embarcadero Center, Suite 1400
   San Francisco, California 94111
3  Telephone: (415) 343-7100
   Facsimile:  (415) 343-7101
4  Email: mconrad@conmetkane.com

5  LEO KITTAY (admitted *pro hac vice*)
   RICHARD LEHV (admitted *pro hac vice*)
6  **FROSS ZELNICK LEHRMAN & ZISSU, P.C.**
7  151 West 42nd Street, 17th Floor
   New York, New York 10036
8  Phone: (212) 813-5900
   Fax:  (212) 813-5901
9  Email: lkittay@fzlz.com
   Email: rlehv@fzlz.com
10
    *Attorneys for Defendants*
11
    [*Attorneys for Plaintiff in signature block*]
12

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| ON24, INC., a Delaware corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GOLDCAST INC., a Delaware Corporation; and KISHORE KOTHANDARAMAN, an individual,<br><br>　　　　Defendants. | Case No.  4:22-cv-07876-HSG<br><br>**STIPULATION EXTENDING DATES FOR CLOSE OF DISCOVERY AND DISPOSITIVE MOTIONS AND ORDER**<br><br>Current Deadline for Close of Discovery: September 15, 2023<br>Proposed Deadline: December 14, 2023<br><br>Hon. Haywood S. Gilliam, Jr. |

Plaintiff, ON24, Inc., and Defendants, Goldcast Inc. and Kishore Kothandaraman, by and through their respective counsel, hereby stipulate and agree to extend the deadline to complete discovery and dispositive motions as set forth below. The proposed new schedule would not delay the pre-trial conference or the trial.

| Event | Current Deadline | Proposed New Deadline |
|---|---|---|
| Close of Fact Discovery | September 15, 2023 | December 14, 2023 |
| Exchange of Opening Expert Reports | November 1, 2023 | January 30, 2024 |
| Exchange of Rebuttal Expert Reports | December 1, 2023 | February 29, 2024 |
| Close of Expert Discovery | December 20, 2023 | March 19, 2024 |
| Dispositive Motions Filing Deadline | January 19, 2024 | April 18, 2024 |
| Oppositions to Dispositive Motions | February 16, 2024 | May 16, 2024 |
| Replies in Support of Dispositive Motions | March 1, 2024 | May 30, 2024 |
| Dispositive Motions Hearing Deadline | March 14, 2024, at 2:00 p.m. | June 12, 2024, at 2:00 p.m. |
| Pretrial Conference | August 6, 2024, at 3:00 p.m. | August 6, 2024, at 3:00 p.m. |
| Jury Trial (5 days) | September 23, 2024, at 8:30 a.m. | September 23, 2024, at 8:30 a.m. |

Pursuant to Civil Local Rule 6-2(a), undersigned counsel jointly declare as follows in support of this request:

1. On December 9, 2022, ON24 filed its Complaint in this action. Dkt. 1.

2. On February 3, 2023, Defendants filed a timely Answer. Dkt. 24.

3. Thereafter, the parties discussed settlement and worked cooperatively to schedule mediation.

4. On June 29, 2023, the Parties engaged in a full-day mediation with Honorable Edward A. Infante (Ret.).

5. Although the mediation has thus far not resulted in a resolution of the action, the parties continue to discuss settlement.

6. The parties believe that extending the deadline for completion of discovery and other deadlines will allow them time to try to complete a settlement.

7. No prior modifications of time have been made in this case either by stipulation or by Court order.

8. The requested time modification would continue only discovery and dispositive motion deadlines, would have no effect upon the trial date or other pretrial deadlines, and would leave three months between the hearing upon any dispositive motion and the trial date.

Therefore, the Parties **STIPULATE AND AGREE,** subject to approval of this Court, to extend the deadlines to complete discovery and dispositive motions, as set forth above and in the proposed order.

Dated: July 14, 2023     **DLA PIPER LLP (US)**

By: */s/ Gina L. Durham*
GINA L. DURHAM
OSCAR M. OROZCO-BOTELLO
AISLINN SMALLING

*Attorneys for Plaintiff*
*ON24, INC.*

Dated: July 14, 2023     By: */s/ Mark R. Conrad*
MARK R. CONRAD
CONRAD | METLITZKY | KANE LLP
Four Embarcadero Center, Suite 1400
San Francisco, California 94111
Phone: (415) 343-7100
Fax: (415) 343-7101

LEO KITTAY (*pro hac vice*)
RICHARD LEHV (*pro hac vice*)
FROSS ZELNICK LEHRMAN & ZISSU, P.C.
151 West 42nd Street, 17th Floor
New York, New York 10036
Phone: (212) 813-5900
Fax: (212) 813-5901

*Attorneys for Defendants*

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(h)(3) regarding signatures, Richard Lehv hereby attests that concurrence in the filing of this document has been obtained.

Dated: July 14, 2023          By: */s/ Richard Lehv*
                                   RICHARD LEHV

**ORDER**

Pursuant to stipulation by the parties, the deadline for completion of discovery and dispositive motions is continued as follows:

| Event | Current Deadline | Proposed New Deadline |
|---|---|---|
| Close of Fact Discovery | September 15, 2023 | December 14, 2023 |
| Exchange of Opening Expert Reports | November 1, 2023 | January 30, 2024 |
| Exchange of Rebuttal Expert Reports | December 1, 2023 | February 29, 2024 |
| Close of Expert Discovery | December 20, 2023 | March 19, 2024 |
| Dispositive Motions Filing Deadline | January 19, 2024 | April 18, 2024 |
| Oppositions to Dispositive Motions | February 16, 2024 | May 16, 2024 |
| Replies in Support of Dispositive Motions | March 1, 2024 | May 30, 2024 |
| Dispositive Motions Hearing Deadline | March 14, 2024, at 2:00 p.m. | June 12, 2024, at 2:00 p.m. |
| Pretrial Conference | August 6, 2024, at 3:00 p.m. | August 6, 2024, at 3:00 p.m. |
| Jury Trial (5 days) | September 23, 2024, at 8:30 a.m. | September 23, 2024, at 8:30 a.m. |

Dated: 7/17/2023

_____
HON. [illegible]LIAM, JR.
United [illegible]



DENIED
Judge Haywood S. Gilliam Jr.