GINA L. DURHAM, Bar No. 295910
*gina.durham@us.dlapiper.com*
AISLINN SMALLING, Bar No. 335911
*aislinn.smalling@us.dlapiper.com*
**DLA PIPER LLP (US)**
555 Mission Street, Suite 2400
San Francisco, CA 94105-2933
Tel:    415.836.2500
Fax:    415.836.2501

OSCAR M. OROZCO-BOTELLO, Bar No. 313104
*oscar.orozco-botello@us.dlapiper.com*
**DLA PIPER LLP (US)**
2000 Avenue of the Stars, Suite 400 North Tower
Los Angeles, CA 90067-4704
Tel:    310.595.3077
Fax:    310.595.3377

*Attorneys for Plaintiff*
*ON24, INC.*

LEO KITTAY (*pro hac vice*)
*lkittay@fzlz.com*
RICHARD LEHV (*pro hac vice*)
*rlehv@fzlz.com*
**FROSS ZELNICK LEHRMAN & ZISSU, P.C.**
151 West 42nd Street, 17th Floor
New York, New York 10036
Tel:    212.813.5900
Fax:    212.813.5901

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| ON24, INC., a Delaware corporation, | Case No.  4:22-cv-07876-HSG |
| Plaintiff, | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| v. | |
| GOLDCAST INC., a Delaware corporation; and KISHORE KOTHANDARAMAN, an individual, | Hon. Haywood S. Gilliam, Jr. |
| Defendants. | |

1

Plaintiff ON24, Inc. and Defendants Goldcast Inc. and Kishore Kothandaraman (Plaintiff and Defendants, collectively, the "Parties"), by and through their respective counsel, have entered into a confidential settlement agreement.  The Parties hereby stipulate that this action shall be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure:

**IT IS SO STIPULATED AND AGREED**.

Dated:  September 20, 2023 **DLA PIPER LLP (US)**

By: */s/ Gina Durham*
GINA L. DURHAM
OSCAR M. OROZCO-BOTELLO
AISLINN SMALLING

*Attorneys for Plaintiff*
*ON24, INC.*

Dated:  September 20, 2023 By: */s/ Leo Kittay*
MARK R. CONRAD
CONRAD | METLITZKY | KANE LLP
Four Embarcadero Center, Suite 1400
San Francisco, California 94111
Phone: (415) 343-7100
Fax: (415) 343-7101

LEO KITTAY (*pro hac vice*)
RICHARD LEHV (*pro hac vice*)
FROSS ZELNICK LEHRMAN & ZISSU, P.C.
151 West 42nd Street, 17th Floor
New York, New York 10036
Phone: (212) 813-5900
Fax: (212) 813-5901

*Attorneys for Defendants*

**<u>ATTESTATION</u>**

Pursuant to Civil Local Rule 5-1(h)(3) regarding signatures, Oscar M. Orozco-Botello hereby attests that concurrence in the filing of this document has been obtained.

Dated:  September 20, 2023                    By: _/s/ Oscar M. Orozco-Botello_
                                                        OSCAR M. OROZCO-BOTELLO

3

1

<u>**O**RDER</u>

2          Plaintiff ON24, Inc. and Defendants Goldcast Inc. and Kishore Kothandaraman (Plaintiff

3    and Defendants, collectively, the "Parties"), by and through their respective counsel, have entered

4    into a confidential settlement agreement and have stipulated that this action shall be dismissed with

5    prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

6          Pursuant to stipulation by the Parties, IT IS HEREBY ORDERED that this action be

7    dismissed with prejudice.

8

9    Dated: 9/20/2023

     _____
     HAYWOOD S. GILLIAM, JR.
10   United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28